# United States Court of Appeals

## For the Eighth Circuit

_____

No. 23-1006

_____

Michael Fiorito

*Petitioner - Appellant*

v.

Warden J. Fikes

*Respondent - Appellee*

_____

No. 23-1007

_____

Michael Fiorito

*Petitioner - Appellant*

v.

Lele June, Wardens

*Respondent - Appellee*

_____

No. 23-1008

_____

Michael Fiorito

*Petitioner - Appellant*

v.

Warden Thomas

*Respondent - Appellee*
_____

Appeals from United States District Court
for the District of Minnesota
_____

Submitted: July 25, 2023
Filed: July 28, 2023
[Unpublished]
_____

Before LOKEN, ERICKSON, and STRAS, Circuit Judges.
_____

PER CURIAM.

In these consolidated appeals involving three separate 28 U.S.C. § 2241 habeas proceedings, Michael Fiorito challenges the district court's[1] November 2, 2022 order denying his petitions, all of which asserted claims related to his confinement at the Federal Correctional Institution in Sandstone, Minnesota, between September 2021 and May 2022. Having carefully reviewed the record, including Fiorito's current position that his conditions-of-confinement claims and his claims related to his confinement in the Special Housing Unit are moot, we dismiss Appeal Nos. 23-1006 and 23-1007. As to Appeal No. 23-1008, we affirm the denial of relief for the reasons explained by the district court. See 8th Cir. R. 47B. We also deny as moot Fiorito's pending motion to supplement the record.

_____

_____

[1]The Honorable Patrick J. Schiltz, Chief Judge, United States District Court for the District of Minnesota.

-2-